**Sam BANKS et al., Appellants,**

**v.**

**Crockett WATSON, Appellee.**

Court of Appeals of Kentucky.

Feb. 5, 1954.

Faulkner & Faulkner, W. E. Faulkner, Hazard, for appellants.

S. M. Ward, Don A. Ward, E. C. Wooton, Hazard, for appellee.

PER CURIAM.

Motion for an appeal from the Perry Circuit Court. R. C. Littleton, Special Judge.

We are affirming the judgment for $500 in this case because we think (1) there was sufficient evidence to submit the case to the jury; (2) the verdict was not excessive; and (3) it was not error to refuse to grant a continuance because of Witt's absence at the trial.

The motion for an appeal is overruled and the judgment is affirmed.